IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSEPH J. DAVIS, | ) |
| Plaintiff | ) |
| vs. | ) CAUSE NO. 2:23-CV-00498-JRS-MJD |
| CALVIN DOAN, et al., | ) |
| Defendant | ) |

### ORDER OF DISMISSAL

Now comes the plaintiff, Joseph J. Davis, by his counsel of record, and also now come the defendants, Calvin Doan, Shawn Keen and Terre Haute Police Department, by their counsel, and file with the Court their Joint Motion and Stipulation for Dismissal. And the Court, having been duly advised in the premises, does now GRANT same.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the claims of the plaintiff against the defendants in this matter are dismissed, WITH PREJUDICE.

ALL OF WHICH IS ORDERED.

Date: 11/4/2025

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION TO:

All ECF-registered counsel of record